Charles Wachta et al., v. Russell V. Judson, Also Known as R. V. Judson et al.
Robert L. Stauber and Irving Heinzel, Appellants, v. Russell V. Judson, Also Known as R. V. Judson et al., Appellees.

Gen. No. 43,087.

opinion filed November 6, 1944; rehearing denied November 21, 1944; released for publication November 24, 1944. Chancellor & Chancellor, for appellants, Chritton, Wiles, Davies, Schroeder & Merriam, for appellees; Charles J. Merriam and William B. Gilmore, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.